# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:14-138** |
| | **CIVIL NO. 6:16-1643** |
| **VERSUS** | |
| **MARIO DURAN** | **MAGISTRATE JUDGE HANNA** |

## O R D E R

Before the court is  is the Motion to Correct Illegal Sentence filed on November 28, 2016 by petitioner, Mario Duran, pursuant to 28 U.S.C. § 2255. [rec. doc. 71].

On June 4, 2015, Duran plead guilty to one count of transportation of  child pornography, in violation of 18 U.S.C. § 2252A(a)(1), Count 2 of a two count indictment. [rec. docs. 45 and 47].  Petitioner appeared for sentencing on October 28, 2015, at which time petitioner was sentenced to 120 months imprisonment. [rec. docs.  62 and 65].  The Judgment of conviction was entered on this Court's docket on November 2, 2015.

Petitioner did not directly appeal to the United States Fifth Circuit Court of Appeal.  Thus, petitioner's Judgment of conviction became final 14 days later when no timely notice of appeal was filed, that is, on November 17, 2015.

The instant Motion was signed by petitioner on November 8, 2016, postmarked November 21, 2016 and filed by the Clerk of this Court on November

28, 2016.  Petitioner asserts that he received ineffective assistance of counsel because his attorney, Lester J. Gauthier, Jr., failed to file a notice of appeal on his behalf.  In support, petitioner alleges that "a couple days after sentencing" he called Mr. Gauthier and instructed him to initiate a direct appeal, to which counsel responded that he would file a notice of appeal.  However, petitioner "later discovered" that counsel failed to do so.

Title 28 U.S.C. § 2255 provides a one-year statute of limitations for the filing of motions pursuant to § 2255.  This limitation period generally runs from the date that the conviction becomes final. 28 U.S.C. § 2255(f)(1).  Petitioner's conviction became final on November 17, 2015, 14 days after his Judgment of conviction was entered on this Court's docket.  FRAP 4(b)(1)(A)(i) and (b)(6). Petitioner therefore had one year, or until November 18, 2016 to file his § 2255 Motion in this Court.

The instant Motion was signed on November 8, 2016, but is not postmarked until November 21, 2016.[1]  Accordingly, it is unclear if petitioner's claim can be considered timely under the period established by 28 U.S.C. § 2255(f)(1). Moreover, it is unclear if petitioner's claim may be considered timely under 28

---

[1] Thus, it is unclear if Petitioner may be given the benefit of the "mailbox" rule.

U.S.C. § 2255(f)(4), because he has not alleged the date on which he discovered that his counsel did not file a notice of appeal on his behalf.

Under the circumstances;

**THE CLERK OF COURT IS DIRECTED** to serve a copy of this Order and the referenced pleading [rec. doc. 71]  on the United States Attorney, providing a courtesy copy to Assistant United States Attorney Camille A. Domingue.

The United States Attorney shall file an answer within sixty (60) days of receipt of a copy of the Motion, i.e., **on or before February 12, 2017.**  The answer shall be accompanied by a memorandum of legal argument and authorities, and citations to any pertinent portions of the record.  The memorandum shall cite apposite Fifth Circuit case law where it is available**.**   If appropriate, the answer should address this Court's concerns regarding the timeliness of the Motion.  A copy of the answer shall be provided to Magistrate Judge Patrick J. Hanna commensurate with filing.

Any reply memorandum which the petitioner desires to file shall be filed within fifteen (15) days following the date that the answer is filed.  A copy of the reply shall be provided to Magistrate Judge Patrick J. Hanna and to the United States Attorney commensurate with filing.

After a review of the Motion and all relevant memoranda, and attachments, the Court will determine whether an evidentiary hearing is necessary.

Signed this 13th day of December, 2016, at Lafayette, Louisiana.

_____
**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**

4