U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 27 2017

TONY R. MOORE, CLERK
BY: W
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:14-138 |
| VERSUS | CIVIL NO. 6:16-1643 |
| MARIO DURAN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed; however, Petitioner did file an untimely reply [rec. doc. 78] to the Government's response, which has been considered by the Court. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the motion to vacate filed pursuant to 28 U.S.C. §2255 by Mario Duran [rec. doc. 71] is **DENIED AND DISMISSED WITH PREJUDICE.**

Thus done and signed this 27 day of March, 2017 at Lafayette, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE